UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States; et al.,<br><br>Defendants-Appellants. | No. 17-35105<br><br>D.C. No. 2:17-cv-00141<br>Western District of Washington, Seattle<br><br>ORDER |

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

Appellants' motion to hold this appeal in abeyance is denied (Docket Entry No. 178).

On our own motion, we extend the briefing schedule for this appeal. The opening brief is due March 10, 2017; the answering brief is due March 31, 2017; and the optional reply brief is due April 5, 2017.

AT/MOATT